# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| TAYLOR CARROLL, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br>　　　　　　Plaintiff, | * CIVIL ACTION NO. 3:16-cv-00537-<br>* SDD-RLB<br>*<br>*<br>* |
| VERSUS | * JUDGE SHELLY D. DICK<br>* |
| SGS AUTOMOTIVE SERVICES, INC.,<br>　　　　　　Defendant. | *<br>*<br>* MAGISTRATE RICHARD L.<br>* BOURGEOIS, JR. |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

Premises considered:

IT IS HEREBY ORDERED that this matter is stayed for an additional thirty (30) days to August 10, 2020 to allow the Parties to engage in mediation;

IT IS HEREBY FURTHER ORDERED that the Parties shall promptly advise the Court if a settlement is reached or if it is determined that settlement is not possible and in any event the Parties shall notify the Court of the status of settlement on July 30, 2020.

Signed in Baton Rouge, Louisiana the 17th day of June, 2020.

_[signature: Shelly D. Dick]_

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

2764315.1