UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| TAYLOR CARROLL, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br>　　　　　Plaintiff,<br><br>VERSUS<br><br>SGS AUTOMOTIVE SERVICES, INC.,<br>　　　　　Defendant. | * CIVIL ACTION NO. 3:16-cv-00537-SDD-RLB<br>*<br>*<br>*<br>*<br>* JUDGE SHELLY D. DICK<br>*<br>*<br>*<br>* MAGISTRATE RICHARD L. BOURGEOIS, JR.<br>* |

******************************************** *

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff, Taylor Carroll ("**Carroll**"), and Defendant, SGS North America Inc., improperly named as SGS Automotive Services, Inc. ("**SGS**"), jointly represent to the Court that Carroll and SGS agree to a joint dismissal, with prejudice, of all claims pending between the parties in this action. Carroll and SGS jointly agree and stipulate to the dismissal, with prejudice, of this action and with each party to bear its own costs and attorneys' fees. Accordingly, Carroll and SGS jointly request that the Court enter a Judgment of Dismissal dismissing, with prejudice, all claims between the parties in the above-captioned matter.

WHEREFORE, Plaintiff, Taylor Carroll, and Defendant, SGS Automotive Services, Inc., respectfully request that the Court enter a Judgment of Dismissal dismissing, with prejudice, all claims pending between the parties in this action.

17385227.1

Respectfully submitted, this 8th day of July, 2021.

| | |
|---|---|
| **KEOGH, COX & WILSON, LTD** | **MCGLINCHEY STAFFORD, PLLC** |
| /s/ *Christopher K. Jones* <br> JOHN P. WOLFF, III (#14504) <br> CHRISTOPHER K. JONES (#28101) <br> P.O. Box 1151 <br> 701 Main Street <br> Baton Rouge, LA 70821-1151 <br> Telephone: (225) 383-3796 <br> Facsimile: (504) 343-9612 <br> Email: jwolff@keoghcox.com <br> Email: cjones@keoghcox.com <br><br> And <br><br> **BOHRER BRADY, LLC** <br> PHILIP BOHRER (#14089) <br> SCOTT E. BRADY (#24976) <br> 8712 Jefferson Highway <br> Suite B <br> Baton Rouge, LA 70809 <br> Telephone: (225) 925-5297 <br> Facsimile: (225) 231-7000 <br> Email: phil@bohrerbrady.com <br> Email: scott@bohrerbrady.com | /s/ *Daniel T. Plunkett* <br> DANIEL T. PLUNKETT (#21822) <br> 601 Poydras Street, Suite 1200 <br> New Orleans, LA 70130 <br> Telephone: (504) 586-1200 <br> Facsimile: (504) 596-2800 <br> Email: dplunkett@mcglinchey.com <br><br> And <br><br> C. KIEFFER PETREE (# 31206) <br> 301 Main Street, Suite 1400 <br> Baton Rouge, LA 70801 <br> Telephone: (225) 383-9000 <br> Facsimile: (225) 343-3076 <br> Email: cpetree@mcglinchey.com <br><br> *Attorney for SGS North America Inc., improperly named as SGS Automotive Services, Inc.* |

## **CERTIFICATE OF SERVICE**

I certify that on July 8, 2021, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the court's CM/ECF system.

/s/Daniel T. Plunkett
DANIEL T. PLUNKETT