# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| TAYLOR CARROLL, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br>　　　　　　Plaintiff, | * CIVIL ACTION NO. 3:16-cv-00537-SDD-RLB |
| VERSUS | * JUDGE SHELLY D. DICK |
| SGS AUTOMOTIVE SERVICES, INC.,<br>　　　　　　Defendant. | * MAGISTRATE RICHARD L. BOURGEOIS, JR. |

## ORDER

Considering the Joint Motion to Dismiss with Prejudice submitted by Plaintiff, Taylor Carroll, and Defendant, SGS North America Inc.;

**IT IS HEREBY ORDERED** that Joint Motion to Dismiss with Prejudice is **GRANTED** and all claims are dismissed with each party to bear its own costs and attorney's fees.

Baton Rouge, Louisiana, this ___8th___ day of ~~January~~ July, 2021.

　　　　　　　　　　　　　　_Shelly D. Dick_
　　　　　　　　　　　　　　DISTRICT JUDGE SHELLY D. DICK

17385342.1